AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| RONALD JOEL FOUNTAIN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| UNITED STATES, U.S. ATTORNEY, AND<br>U.S. ATTORNEY GENERAL,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:13-CV-597-D**

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that Plaintiff's Motion to Proceed *informa pauperis* is GRANTED, and the complaint is DISMISSED as frivolous. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**SEPTEMBER 5, 2013**</u> WITH A COPY TO:

Ronald Joel Fountain, Pro Se (Via USPS to 164 W. Albanus Street, Philadelphia, PA 19120)

| | |
|---|---|
| <u>September 5, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina |
| | <u>/s/ Debby Sawyer</u><br>(By) Deputy Clerk |
| Raleigh, North Carolina | |